UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 06-4066
_____

IN RE: SHANNI SNYDER,

                                            Appellant

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Civil Action No. 06-cv-00398)
District Judge: Honorable Donetta W. Ambrose
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
August 1, 2008

Before: RENDELL, JORDAN and VAN ANTWERPEN, Circuit Judges
_____

**JUDGMENT**
_____

     This cause came to be considered on the record from the United States District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on August 1, 2008. On consideration whereof, it is now hereby

     ORDERED and ADJUDGED by this Court that the judgment of the District Court entered August 9, 2006, be and the same is hereby affirmed. Costs taxed against the appellant. All of the above in accordance with the opinion of this Court.

                                      ATTEST:

                                        /s/ Marcia M. Waldron
                                        Clerk

Dated: September 17, 2008